# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DOYLE BINGHAM,

                                    Plaintiff,

          v.

DR. DANA MARKS, *et al.*,

                                    Defendants.

Case No. 3:23-CV-00456-ART-CLB

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**

[ECF No. 84]

Pending before the Court is Plaintiff Doyle Bingham's ("Bingham") motion for reconsideration of the Court's earlier order granting Defendants an extension to file their dispositive motions. (ECF No. 84.) Good cause appearing, Bingham's motion is **GRANTED**, and the Court **WITHDRAWS** its previous order filed at ECF No. 79. Defendants shall file a reply to Bingham's opposition to their extension request, (*see* ECF No. 82), on or before **FRIDAY, JULY 17, 2026**.

**IT IS SO ORDERED**.

**DATED**: _July 10, 2026_____.

_____
**UNITED STATES MAGISTRATE JUDGE**