UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DOYLE BINGHAM,

Plaintiff,

v.

DR. DANA MARKS, et al.,

Defendants.

Case No. 3:23-cv-00456-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

(ECF Nos. 68, 70, 80, 88.)

Currently pending before the Court are Plaintiff Doyle Bingham's ("Bingham") motion for a preliminary injunction, (ECF No. 70), and two motions to exceed the page limits prescribed by this Court's Local Rules, (ECF Nos. 68, 80). Magistrate Judge Carla Baldwin issued a report and recommendation ("R&R") recommending that all three motions be granted. (ECF No. 88.) Defendants did not object.

Under the Federal Magistrates Act, a Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Judge Baldwin concluded Defendants acted with deliberate indifference to Plaintiff's serious medical needs where they persisted for years in futile attempts to treat his gastrointestinal issues with the same medications, without providing him with a colonoscopy or esophagogastroduodenoscopy. The deadline for

Defendants to object passed on August 10, 2026. Defendants have not objected. The Court therefore adopts Judge Baldwin's R&R in full without review.

**Conclusion**

IT IS THEREFORE ORDERED that Judge Baldwin's report and recommendation is ADOPTED (ECF No. 88).

IT IS FURTHER ORDERED that Plaintiff's motions for leave to file excess pages are GRANTED. (ECF Nos. 68, 80.)

IT IS FURTHER ORDERED that Plaintiff's motion for a preliminary injunction is GRANTED. (ECF No. 70.)

IT IS FURTHER ORDERED that Defendants must:

(1) schedule Plaintiff for the earliest available appointment to receive a colonoscopy and esophagogastroduodenoscopy within 30 days of this order;

(2) file with the Court, under seal, a notice indicating when and where Plaintiff's appointment is scheduled for within 7 days of making the appointment; and

(3) meet with Plaintiff within 14 days of receiving the results to explain them to him and discuss what his treatment plan will be moving forward.

DATED: August 18, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE